Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff,
Victoria Arendain

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ARENDAIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | CASE NO. C13-3224 NC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: July 31, 2013
Law Office of P. Randall Noah    Unum Life Insurance Company
By: /s/ P. Randall Noah          By: /s/ Sandra S. Livingston
P. Randall Noah,                 Assistant Vice President and
                                 Senior Counsel
Attorney for plaintiff,          Attorney for defendant,
Victoria Arendain                Unum Life Insurance Company

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: __August 1, 2013__    By: _____
                             Judge United States District Court

[STAMP: GRANTED — Judge Nathanael M. Cousins — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]